# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CHRISTINE BLOOMFIELD,<br><br>          Plaintiff,<br> vs.<br>IMPERIAL COUNTY, et al.,<br><br>          Defendants. | CASE NO. 06CV1340 WQH (BLM)<br><br>ORDER |

HAYES, Judge:

  On June 28, 2006, Plaintiff filed the Complaint in this matter. (Doc. # 1). On December 19, 2006, the Court issued an order to show cause notifying Plaintiff that the case would be dismissed at or after a January 16, 2007 order to show cause hearing, unless Plaintiff showed proof that Defendants had been served or good cause for failure to serve process on Defendants within the time prescribed by FED. R. CIV. P. 4(m). (Doc. # 2).

  On January 16, 2007, attorney C. Colin Cossio appeared at the order to show cause hearing and indicated that he would be representing Plaintiff in this matter in lieu of attorney John Bell. At the hearing, the Court ordered Plaintiff to serve Defendants on or before February 15, 2007. (Doc. # 3).

  Plaintiff did not serve Defendants on or before February 15, 2007, and did not notify the Court of its failure to comply with the Court's order of January 16, 2007. Accordingly, on May 2, 2007, this Court issued a second order to show cause notifying Plaintiff that it would dismiss this case without

prejudice on or after June 4, 2007, unless Plaintiff filed either (1) proof that service of the summons and Complaint was timely effectuated, or (2) a declaration under penalty of perjury showing good cause for failure to timely serve Defendants with the summons and Complaint as required by this Court's order of January 16, 2007, and FED. R. CIV. P. 4(m).  (Doc. # 4).

On June 4, 2007, Cossio filed a declaration indicating that he received notice of the second order to show cause the week of Monday, May 28, 2007, and that he has been unable to contact attorney Bell to execute a substitution of attorney since the January 16, 2007 order to show cause hearing.  (Doc. # 5).  Cossio also indicated that service of process has not been effectuated upon Defendants.  (Doc. # 5).

After reviewing Cossio's declaration, the Court will allow Plaintiff additional time to file a notice of substitution of counsel and proof of service for each Defendant.  Accordingly, IT IS ORDERED that:

Plaintiff shall file a notice of substitution of counsel and proof of service for each Defendant on or before July 9, 2007.  If Plaintiff fails to comply with this order, the Complaint will be dismissed.

**IT IS SO ORDERED**.

DATED:  June 8, 2007

_William Q. Hayes_
**WILLIAM Q. HAYES**
United States District Judge