# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CHRISTINE BLOOMFIELD,<br><br>                              Plaintiff,<br>   vs.<br><br>COUNTY OF IMPERIAL; SHERIFF HAROLD D. CARTER; DEPUTY J. GONZALEZ; and DEPUTY J. CABANILLAS,<br><br>                              Defendants. | CASE NO. 06cv1340 JM(PCL)<br><br>ORDER GRANTING EX PARTE REQUEST FOR ONE WEEK CONTINUANCE |

For good cause shown, the court grants Defendants' request for a one week continuance in the pretrial conference. The pretrial conference hearing date is continued from March 13, 2009 to ***March 20, 2009 at 8:30 a.m.*** At that time, the court will schedule the trial and motions in limine hearing dates.

**IT IS SO ORDERED.**

DATED: March 9, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:       All parties